IN THE UNITED STATE BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE - OPELOUSAS DIVISION

| | |
|---|---|
| IN RE: TOBY W. LANDRY<br>BROOKE S. LANDRY | Case No. 08-50344 |

## TRANSMITTAL OF UNCLAIMED FUNDS

ELIZABETH G. ANDRUS, Trustee of this estate, reports the following:

(1) Final distribution has been made in this case. The following creditor(s) was/were entitled to funds:

| NAME AND ADDRESS: | AMOUNT OF PAYMENT: |
|---|---|
| IberiaBank Credit Cards<br>P.O. Box 31535<br>Tampa FL 33631-3535 | $65.45 |

(2) The distribution to the above creditor was returned undeliverable, consequently, the Trustee herewith transmits said funds to the Clerk of Court for disposition in accordance with Title 28, Chapter 129, as provided for in U.S. Bankruptcy Code Section 347(a).

(3) A check made payable to the Clerk, U.S. Bankruptcy Court, in the amount of $65.45 representing the value of said funds is attached hereto.

Lafayette, Louisiana this __27th__ day of August, 2009.

/s/ Elizabeth G. Andrus
ELIZABETH G. ANDRUS, TRUSTEE
345 Doucet Road, Suite 233
Lafayette, Louisiana 70503-3490
Telephone: (337) 981-3858